UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CARLESTER WASHINGTON TAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-0046-WTL-WGH |
| ) | |
| C. GOERGEN, Det., et al., ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendants' motions for summary judgment are **GRANTED** and that judgment is entered for all of the defendants and against the plaintiff on his complaint.

Date: 10/02/2013

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

CARLESTER W. TAPP, 1321 S. Alvord Blvd., Evansville, IN 47714